DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, CA Bar #159267
Senior Litigator
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN VALENCIA-RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-06-218 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| MARTIN VALENCIA-RAMOS, | ) | Date:  July 28, 2006 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

    It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant MARTIN VALENCIA-RAMOS as follows:

    The Trial Confirmation Hearing Date of July 14, 2006 and the Jury Trial Date of August 1, 2006 should be vacated and a status conference date of July 28, 2006 should be set.

    Defense counsel has received the discovery in this case but has not had the opportunity to go over the discovery with the client. Defense counsel will need additional time to review the discovery with

1 her client.  Additionally, defense counsel is conducting further
2 investigation in this case.
3     The parties stipulate and agree that time under the Speedy Trial Act
4 should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local
5 Code T-4, to allow counsel reasonable time to prepare.
6 Dated: July 7, 2006

Respectfully submitted,
DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
MARTIN VALENCIA-RAMOS

Dated: July 7, 2006

MCGREGOR SCOTT
United States Attorney

/s/ Michael Beckwith
_____
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  July 7, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2